**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEFFREY GROPPI,** | : | |
| Petitioner | : | CIVIL NO. 1:CV-06-1701 |
| v. | : | (Judge Conner) |
| **TROY WILLIAMSON, ET AL.** | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 4th day of October, 2006, upon consideration of respondents' *nunc pro tunc* motion for leave to file a brief in excess of fifteen pages (Doc. 10), it is hereby ORDERED that respondents' motion is GRANTED. Respondents' brief in support of the motion to dismiss (Doc. 9) and further attachments (Doc. 10, part 2) are accepted for filing.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge